Civil Complaint in U.S. District Court of Florida Ocala Division

Calvin James

vs.

FCC Coleman USP-1, Chaplain, B.O.P

"Complaint"

I.) Have you begun any claims with the same facts in this one? NO

II.) Parties.
A.) Plaintiff: Calvin James #22715-021
Address: FCC Coleman USP-1
P.O. Box 1033
Coleman, Florida 33521

B.) Defendants: FCC Coleman USP-1, Chaplain
Address: FCC Coleman USP-1
846 N.E. 54th Terrace
Coleman, Florida 33521

Def #2.) Bureau of Prisons
Address: 320 First Street, N.W.
Washington, D.C. 20534

IV.) STATE THE FACTS OF your CLAIM.

- IN JANUARY 2021 I REQUESTED to get on A Kosher Religious DIET through Chaplain. Chaplain Requested I take a questionaire PER B.O.P to get Any Religious meal; IF you get A question wrong they deny you your right to practice Religion - and to practice maintaining your temple((Body)).
- Facility has Food to provide nourishment of Kosher DIET.

VI.) RELIEF. What you want from Courts

- Remove Religious questionaire - Kosher Religious DIET upon Request.
- $6,800,000 (Six million-Eight hundred thousand Dollars) For Intricate perception of Constitution 1st Amend., Neglect of right to practice Religion, 2nd Misuse of Power.

Signed by,
Calvin James
1/10/2021

SYLVAN JAMES #22715-021
FCC COLEMAN USP-1 CORRECTIONAL COMPLEX
P.O. BOX 1033
COLEMAN, FLORIDA 33521

"LEGAL"

TAMPA FL 335
SAINT PETERSBURG FL
11 JAN 2021 PM 6 L

SCREENED
By USMS

34475-666687

U.S. DIST. COURT
OFFICE OF THE CLERK
207 NW SECOND STREET, Room 337
OCALA, FLORIDA 34475